UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. BARNHARDT, | Case No. CV 16-05670-BRO (GJS) |
|         Petitioner | |
|     v. | **JUDGMENT** |
| WARDEN, | |
|         Respondent. | |

Pursuant to the Court's Order Denying Motion And Dismissing Action Without Prejudice,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: August 4, 2016

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE